IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-2815-JTF-cgc |
| ) | |
| KARLTON S. FIELDS, ) | |
| and MINISTER I-ARIEL ) | |
| DANIEL: IBN YAWEH 273 ) | |
| FAMILY of YAHWAH, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
DENYING DEFENDANT'S NOTICE OF REMOVAL, ORDER DISMISSING CASE,
ORDER CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH and
ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Before the Court is the Defendant's "Legal Notice of Removal and Counterclaim" and various other attached exhibits, including an "Order Changing Name," a "Commercial Affidavit of Violations and Public/Political Corruption," and "Revised Full Reconveyance" filed on September 19, 2012. (DE #1). On March 25, 2013, this case was referred to the Magistrate Judge pursuant to 28 U.S.C. §§636- 639. (DE #5). On October 28, 2013, the Magistrate Judge issued an Order Correcting the Docket and a Report and Recommendation. (DE #6). After conducting an *in forma pauperis* screening pursuant to 28 U.S.C. § 1915, the Magistrate recommended that the matter be dismissed for failure to state a claim upon which relief may be granted. In her report, the Magistrate concluded that Plaintiff's Notice of Removal does not contain an attached state court complaint that Defendant now seeks to remove to federal court; the pleading does not comport with Fed. Rules Civ. P. 7 (a) or 8(a) neither 28 U.S.C. §1446 (a)

1

or 28 U.S.C. §1441(b)(2).  Therefore, the Magistrate Judge recommended that the case be dismissed and that a certificate of appealability be denied as not taken in good faith and that defendant be denied leave to proceed *in forma pauperis* on appeal.  Fed. Rule App. P. 24(a).  No objections have been filed to the Magistrate Judge's Report and Recommendation.[1]

After reviewing the Magistrate Judge's Report and Recommendation and the entire record in this case, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation, DENIES Defendant's Notice of Removal, DISMISSES the Case, and DENIES a Certificate of Appealability to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED this 10th day of December, 2013.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

---

[1] On November 6, 2013, the copy of the Magistrate's Report and Recommendation mailed to the Defendant at the address of record was returned to the Clerk of Court as non-deliverable by the United States Postal Service.